

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

DIVISIONAL OFFICES

P. O. BOX 835
CHARLESTON, SC  29402
(843)579-1401 FAX 579-1402

300 E. WASHINGTON STREET
ROOM 239
GREENVILLE, SC  29601
(864) 241-2700 FAX 241-2711

OFFICE OF THE CLERK
901 RICHLAND STREET
COLUMBIA, SOUTH CAROLINA  29201-2431
(803) 765-5816  FAX (803) 765-5960

P. O. BOX 2317
FLORENCE, SC  29503
(843) 676-3820 FAX 676-3831

ROBIN L. BLUME
CLERK OF COURT

DONNA ZARETZSKA

vs.

HOWMEDICA OSTEONICS CORP

### NOTICE OF TRANSFER

Case Number: 4:15-CV-184-BHH

    THIS IS TO INFORM you that this case was transferred to the United States District Court for the District of South Carolina, FLORENCE Division, on January 14, 2015.  Your answers to Local Rule 26.01 interrogatories must be served and filed no later than ten (10) days after receiving transfer of case.

    This case has been placed on the jury calendar for the Honorable Bruce Howe Hendricks, United States District Judge.

    You are required to immediately associate local counsel pursuant to Local Rule 83.I.04.  The local rules of this District may be located on our website at www.scd.uscourts.gov.

ROBIN L. BLUME, Clerk

By    s/ Penelope W. Roulston
           Deputy Clerk

January 14, 2015